IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PAMELA SANTIAGO, | \* |
| Plaintiff, | \* |
| v. | Case No. 4:21-cv-78-MSH |
| | \* |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | \* |
| Defendant. | |
| _____ | \* |

## JUDGMENT

Pursuant to the Order of this Court filed February 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2,560.60 and case expenses in the amount of $25.00 for a total amount of $2,585.60 payable under EAJA.

This 28th day of February, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk